UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL D. WOOTEN,

    Petitioner,

v.                                                                            CASE NO. 6:15-cv-31-Orl-31TBS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

# ORDER

This case is before the Court on Petitioner's Motion for Reconsideration (Doc. 27). Petitioner seeks reconsideration of Magistrate Judge Smith's April 13, 2016, Order denying his motion for discovery (Doc. 26).

A Magistrate Judge's ruling on a non-dispositive matter must be affirmed unless "it has been shown that the magistrate judge's order is clearly erroneous or contrary to the law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a) ("The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to the law."). The clearly erroneous standard is extremely deferential. A finding is only clearly erroneous if "the reviewing court, after assessing the evidence in its entirety, is left with a definite and firm conviction that a mistake has been committed." *Krys v. Lufthansa German Airlines*, 119 F.3d 1515, 1523 (11th Cir. 1997).

Petitioner has not demonstrated that Magistrate Judge Smith's Order is clearly erroneous or contrary to the law. Petitioner sought leave to conduct interrogatories and depositions of numerous state court witnesses (Doc. 19). Petitioner also asked for DNA testing of evidence and the production of documents. *Id.* Petitioner essentially wishes to reinvestigate his state court criminal case. Petitioner's requests amount to a "fishing expedition" because he merely speculates that the requested discovery will lead to exculpatory evidence. However, federal courts have held that a habeas action may not be used as a "fishing expedition." *See Borden v. Allen*, 646 F.3d 785, 810 n. 31 (11th Cir. 2011). Petitioner has not demonstrated good cause for the requested discovery. Accordingly, it is **ORDERED** that Petitioner's motion is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida this 27th day of May, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 5/27
Michael D. Wooten
Counsel of Record